UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW P. MALLON, <br><br> Plaintiff, <br><br> v. <br><br> ATHIRA PHARMA, INC., <br><br> Defendant. | CASE NO. 2:21-cv-00853-RSL <br><br> ORDER |

The Court, having considered the Stipulation of Dismissal filed by the United States and Relator, it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. The Parties having agreed to a settlement of certain claims raised in this matter;

2. All of the claims set forth in the Complaint shall be dismissed against Defendant with prejudice to the Relator, and with prejudice to the United States, to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement executed by the United States, the Relator, and Defendant on December 31, 2024, but otherwise without prejudice to the United States; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

ORDER - 1
CASE NO. 21-cv-853-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 13th day of January, 2025.

*Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Nickolas Bohl*
NICKOLAS BOHL, WA #48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:     206-553-4067
Email:  nickolas.bohl@usdoj.gov

*s/ Stephen A. Teller*
STEPHEN A. TELLER, WSBA #23372
Teller Law
1139 34th Ave, Suite B
Seattle, WA 98122
Phone: 206.324.8969
E-mail: Steve@stellerlaw.com

ORDER - 2
CASE NO. 21-cv-853-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970